CCB-09-956
10 April 2009

ISSUE(S): STRUCTURAL ERROR IN PRETRIAL PROCEEDING(S) AT July 01, 2002 EX PARTE HEARING / Article III U.S.C.A.

ALLEGED VIOLATION(S): 18 § 3006A (a) Each plan shall provide the following: (4)(B) the court shall - (III) Motions (IV) Hearings (V) Interviews and conferences (VII) Legal Research (IX) Investigative work. (c)(ii) Protection of the rights of the defendant (3) Considerations (ii) to protect the defendant's 6th amendment rights to effective assistance of counsel (iii) the deffendant's attorney-client privilege (iv) the work product privilege of the defendant's counsel (v) the safety of any person. 7(e) Services other than counsel (1) Upon request (in an exparte application).

FACTS: Respectfully these are word for word from the 2001 Edition of the Federal Criminal Code and Rules as to Criminal Procedure, which violations of raise to 18 § 242 Deprivation of Rights under the color of law. See docket entry(s) 26, 27, 28, 29. Prisoner-defendant sent a hand written letter to Judge requesting a new attorney because defense attorney wouldn't file any motions, would lie to defendant and acted as a proxy and threatened the life of defendant and his family.

{ PS/ Sometimes, prison can be safer than WitSec
{ Ms. Kyra Phillips ☺ / and or also, a great
{ place to operate / oh, and sometimes...
( Note: Its time for me to leave, or leave the U.S.A.!

   Prisoner-defendant also notified the U.S.M.S. Defendant and defense attorney was taken before the Judge. Judge encroached and vouched for defense attorney and failed to make adequate inquiry AS REQUIRED into the conflict of interest or any safety matters, or any allegeded ineffective complaint as to defense counsel. See Simeoner 252 F3d, 238 (2nd 2001); Atley v Ault 191 F3d. 865, Hudson 686 F2d, Robinson 913 F2d 712, 716 and Williams 594 F2d 1260. So, what does all this = ? Go figure! So respectfully pursuant to 86% of my material being non-fiction, I have even petitioned Congress for funds for the WitSec Program(s) as well as many many others that I would never use, nor ever could use. Respectfully, I would have to leave the CONUS before I could or would take the stand as to any of the THREE privileges of trust and confidence I hold! Note: The USA tv series was developed from parts of my material, it's called "In Plain Site" ☺. So, even as I don't even have enough money in my F.B.O.P. Lockbox account for even some stamps. I still have a honest hand in helping to run-rule on Earth! And respectfully, thats being modest, and just as well respecting the principles of L.I.L.E.!
Oh, and I've done this, just    "BY FAITH"
as I do this, from inside the    OxXx    walls!

