IN THE
UNITED STATES DISTRICT COURT OF
MARYLAND AT BALTIMORE

U.S.A.
v.
Harrison Lewis

CR-01-484-CCB
Re: 03-4112
Re: 04-6660

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
JAN 25 2010
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

MOTION TO COMPEL PRODUCTION OF ALL
DOCUMENTS RELATED TO DOCKET #53
Dated 03/24/2004 (Witness Statement)

Now comes petitioner Harrison Lewis acting pro se as per Haines v Kerner 404 U.S. 519, 520 (1972)

Petitioner now motions this honorable court to produce all documents as to docket entry #53 dated 03/24/2004 (Witness Statement) to be used in accordance with petitions Right to due process to petition other courts.

CERTIFICATE OF SERVICE

I swear under the pains and penalties of perjury that this is true and correct, and that copies were sent to the Clerk of Courts, U.S. District Court of Maryland, 101 W. Lombard St., Baltimore, Maryland, 21201-2691. U.S. Court of Appeals 4th Circuit, 1100 E. Main St. Suite 501, Richmond, VA. 23219. Office of Special Counsel, 1730 M. St. N.W. (Suite 218) Washington, D.C. 20036-4505, via U.S. mail on this 22 day of Jan. 2010. Respectfully Harrison Lewis Reg #34839037, Harrison Lewis F.C.i.2, Box 1500, Butner, N.C. 27509.

① of ①

CERTIFICATE OF SERVICE

I Harrison Lewis, F.B.O.P. Reg. #34839037 swear under under the pains and penalties of perjury that I sent via U.S. mail, from the F.C.i.2 Butner, N.C. legal mail room. Three separate envelopes with motions for court docket entries #26, 34, 53, on the morning of 22 Jan. 2010 too the following addresses.

(1) Clerk of the Court(s), U.S. District Court, 101 W. Lombard St., Baltimore, MD. 21201-2691

(2) Clerk of the Court(s), U.S. Court of Appeals 4th Circuit, 1100 E. Main St. Suite 501 Annex Blvd. Richmond, VA. 23219.

(3) Office of Special Counsel, 1730 M. St. N.W. Suite 218, Washington, D.C. 20036-4505

Witnessed by and handed to
F.C.i.2 Butner Mail Roon
F.B.O.P. Employee
print name _____
sign name _____

Respectfully Harrison Lewis II
Harrison Lewis Reg #34839037
Federal Correctional Institutional 2
P.O. Box 1500
Butner, N.C. 27509

(2) of (2)