UNITED STATES DISTRICT COURT
OF MARYLAND AT BALTIMORE

Harrison Lewis      Criminal No. CCB-01-484
v.                  Civil No. CCB-09-956
U.S.A.

## MOTION REQUESTING AND COMPELING REMOVAL OF MEDIA GAG ORDER

Now comes Harrison Lewis in propria persona demanding this honorable court to remove the media gag order that has and is violating petitioners Federal Constitutional Rights. Petitioner is also requesting any and all copies related to the media gag order because petitioner was never provided such and is being unjustly denied his U.S. Federal Constitutional Rights.

### CONCLUSION

Respectfully honor and uphold the U.S. Federal Constitution and Laws there of by granting what this Court is designed to uphold and unbiasly protect.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

APR 22 2010

AT BALTIMORE
BY_____ DEPU.

CERTIFICATE OF SERVICE

I Harrison Lewis hereby swear under the penalty of perjury true copie(s) were sent via U.S. Mail to the Clerks Office, U.S. Federal District Court, 101 W. Lombard St., Baltimore, Maryland 21201-2691 on the 19th of April 2010

From   Harrison Lewis / ~~HL~~

Reg # 34839037

Federal Correctional Institutional 2

P.O. Box 1500

Butner, N.C. 27509