FILED: April 23, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1174
(1:01-cr-00484-CCB-1)

_____

In re: HARRISON LEWIS, III

        Petitioner

_____

O R D E R

_____

The Court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*